IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD D. PARKELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 25-593 (GBW) |
| | ) |
| WARDEN CERESINI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of July 2025,

WHEREAS, on May 16, 2025, this Court entered an order directing Plaintiff to sign and return an AO form 240 short form (request to proceed *in forma pauperis*) within thirty (30) days or the case would be dismissed without prejudice (D.I. 9);

WHEREAS, that time has passed, and, to date, Plaintiff has not complied with the May 16, 2025 Order;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** the case.

_____
The Honorable Gregory B. Williams
United States District Judge